FILED
2013 Nov-05 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

Dear Board Members,

During my time as interim executive director, I have been studying many laws including the Alabama Sunshine Laws and the Alabama Ethics Laws. It was during my research of the Ethics Law, that I found Al. Code 36-25-17. This law states that (a) Every governmental agency head shall within 10 days file reports with the Al. Ethics Commission on any matters that come to his or her attention in his or her official capacity which constitute a violation of this chapter. Section 36-25-1, (8) Conflict of interest was very disturbing to me. It states, " A conflict on the part of a public official or public employee between his or her private interests and the official responsibilities inherent in an office of public trust. A conflict of interest involves any action, inaction, or decision by a public official or public employee in the discharge of his or her official duties which would materially affect his or her financial interest or those of his or her family members or any business with which the person is associated in a manner different from the manner it affects the other members of the class to which he or she belongs." Mr. Gann received vouchers from NARCOG for his mother when we had citizens from our three (3) counties on a waiting list who needed the Alabama Cares program desperately.

It was my conclusion, that Mr. Gann's actions were a conflict of interest and I was required by law to report this situation to the Alabama Ethics Commission. I have attached the letter I received from the Ethics Commission on Friday.

I wanted to keep you abreast of the internal investigation of this matter.

Please call me if you have any questions.

Sincerely,

Lona Johns
Interim Executive Director
North-central Alabama Regional Council of Governments
P.O. Box C Decatur, AL 35602
256-355-4515 Ext. 252
256-351-1380 Fax
lona.johns@adss.alabama.gov

1

**EXHIBIT H**